# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karl Thomas Botkin, | **NO. CV-23-00561-TUC-RCC (JR)** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 10, 2024, this case is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

Debra D. Lucas
District Court Executive/Clerk of Court

April 10, 2024

By   s/ A. Calderón
Deputy Clerk